**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Naefertiti Osborne,<br>Plaintiff,<br>v.<br>Lemuel Plummer ,<br>The Zeus Network,<br>Defendant. | Case; 2:26-12565 |

**MOTION TO AUTHORIZE FILING INITIAL STATEMENT UNDER SEAL**

Plaintiff respectfully requests authorization under E.D. Mich. LR 5.3 to file Plaintiff's Initial Statement Regarding Defendant The Zeus Network — Baddies under seal. The Statement contains highly personal allegations and information concerning private personal relationships, alleged sexual conduct, and third-party privacy interests. Plaintiff seeks sealing of the Statement itself rather than broader portions of the case record.

Concurrence pursuant to LR 7.1(a): Plaintiff has been unable to conduct a conference regarding concurrence because no attorney for Defendant has entered an appearance and Plaintiff presently has no available representative of Defendant with whom to conduct the required conference.

Plaintiff respectfully requests an order authorizing the Initial Statement to be filed under seal.

***/s/ Naefertiti Osborne***
4698492841
naefertiti@outlook.com
Kansas 67218

**CERTIFICATE OF SERVICE**

I hereby certify that on this tenth day of August two thousand twenty six, a true and correct MOTION TO AUTHORIZE FILING INITIAL STATEMENT UNDER SEAL was filed via the CM/ECF electronic filing system. and the motion was mailed certified mail August 10, 2026 at 9:42 AM to 231 W Lafayette Blvd, Detroit, MI 48226

***/s/ Naefertiti Osborne***
4698492841
naefertiti@outlook.com
Kansas 67218