4

FILED
AUG 20 2026
CLERK'S OFFICE
DETROIT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

Naefertiti Osborne,
Plaintiff,
v.
Lemuel Plummer ,
The Zeus Network,
Defendant.

Case; 2:26-cv-12565

***PLAINTIFFS INITIAL STATEMENT REGARDING DEFENDANT THE ZEUS NETWORK BADDIES***

*Protecting safety, mental health, stability, benefits, independence, and future matter to me more than dependence upon sexual access or professional advancement, even if that meant being wrongfully interpreted compared to the defendants current visible success as superiority to my visible distress as inferiority at this current time. Lost time carries a special significance in the modeling industry, music, entertainment, and creative careers because professional development occurs, chronologically, and opportunities can't always be created later under identical circumstances, audience growth lost during one stage of a career cannot necessarily be reproduced later under identical conditions a period of personal life, consumed by grief, distrust and conflict cannot literally be returned through money. A missed creative development for maturity in all aspects cannot necessarily be recreated. Unfortunately, I plaintiff, am a victim currently from unlawful action by the defendant. Even so, my willingness to discuss or release material we're legally permitted that pertains to my information and audition recordings does not constitute the defendant's actions or provide retroactive consent to unwanted use, exploitation and misrepresentation of plaintiff identity. The phrase baddies does not eliminate the independently attributable responsibility of the Zeus network as an entity, the CEO of the Zeus Lemuel Plummer as an individual, Janeisha John, or Natalie Nunn as an individual or other prostitutes and producers who participated in unlawful action.*

*Scotlyn Ryan Johnson has knowledge of my prior relationship with the CEO Lemuel Plummer. I, plaintiff, was informed by Scotlyn Ryan Johnson that she was aware of a prior relationship between myself and Lemuel Plummer. Scotlyn Ryan Johnson informed me that she has been knowing Lemuel Plummer before and that she was his significant other before I, the plaintiff, and Lemuel Plummer began personally engaging. The position access benefits and continuing professional participation associated with that relationship are relevant to some of the claims in this case. Scotlyn Ryan Johnson intentionally interfered, encouraged sexual degradation, humiliation, exploitation, professional suppression, and spiritual torment. I, the plaintiff, was targeted by Scotlyn Ryan Johnson due to her malice and hostility. Upon arriving to the Detroit auditions and going inside past the line to the first floor, holding room for general contestants Scotlyn Ryan Johnson Came to that room from wherever she was and began antagonizing and bullying me while I was having a personal encounter with the CEO Lemuel Plummer On one of the occasions, me and him were in each other's presence that day. Scotlyn Ryan Johnson Identified at that very time that she wanted to fight me and I was perplexed as to why?*

*Scotlyn Ryan Johnson Mentioned the CEO Lemuel Plummer and how she bullied me, the plaintiff, out of a relationship with Lemuel Plummer. In that same encounter Scotlyn Ryan Johnson continued to talk about how she bullied me, the plaintiff, out of professional connections and modeling career advancements and my creative opportunities. Scotlyn Ryan Johnson informed me that taking my position and making me the*

*plaintiff, posture my creative identity publicly at auditions because of past lost opportunities. Scotlyn Ryan Johnson furthermore admitted to bullying me, the plaintiff online regarding my creative work and through the programming in the Zeus network. At that time, I was shocked and amused because the auditions were currently active, and I believed that Scotlyn Ryan Johnson was trying to insinuate a fight by saying those things, shortly after Scotlyn Ryan Johnson Began getting attacked by contestants and participants that overheard those statements. At the ATLANTA auditions In 2025 Scotlyn Ryan Johnson Openly and publicly displayed hatred by yelling while I was trying to finish my audition. Scotlyn Ryan Johnson Was yelling while she was not on the stage as a participant, began causing discord by encouraging others to verbally and physically attack because of her jealousy. Scotlyn Ryan Johnson's fits of rage and selfish ambition broke my relationship with Lemuel Plummer The CEO and owner of the Zeus network, and other unmendable relationships with others, a part of that Network which caused emotional consequences and professional consequences to develop around me. I, the plaintiff, personally experienced the defendant both Scotlyn Ryan Johnson and Lemuel Plummer, the CEO of the Zeus network both intentionally act together to push me, the plaintiff, towards impulsiveness, aggression, distrust, sadness, and idolatry. Scotlyn Ryan Johnson continued conduct reinforced a negative toxic Professional environment, by preserving circumstances in which sexualized behavior, personal access, relationships, comparison, and professional benefits, remained affecting myself, the plaintiff.*

*I, the plaintiff, am aware that Scotlyn Ryan Johnson Publicly participated in publicly displayed acts of sex with the CEO Lemuel Plummer, Natalie Nunn, and Janeisha John I plaintiff is unaware of any other post producer or publicly accredited agent that she has continued a sexual relationship with over the course of Scotlyn Ryan Johnson's career beginning at the Zeus network years ago. I, the plaintiff, am aware that Scotlyn Ryan Johnson publicly participated in programming containing sexualized conduct, promiscuous modeling while having a personal relationship with the CEO and received participation and advancements, it is to my belief as the plaintiff that Scotlyn Ryan Johnson Began acting as a prostitute for the Zeus network In the years prior to the 2024 Detroit audition, due to personal knowledge and sexual acts that were performed on camera on an airplane with Natalie Nunn, Another video of Janeisha John Appearing to be draped in a white sheet, walking out out of the room and leaving Scotlyn Ryan Johnson in the bed with Lemuel Plummer as though they have just finished, performing sexual acts or would be performing them together soon. Although these things occurred between the relevant discovery period I, the plaintiff, became aware through social networking and word of mouth that Scotlyn Ryan Johnson's career performed consistently and was preserved while plaintiff's career was deliberately mismanaged, diminished and successfully excluded by the defendant. I, the plaintiff, experienced Scotlyn Ryan Johnson's sexual relationship with Lemuel Plummer as detrimental to any career professional relationship position or influence I, the plaintiff engaged in with Lemuel Plummer The CEO of the Zeus network. The same actions also contributed to the intentional infliction of emotional distress through extreme and outrageous abuse of personal and professional influence prior to the 2024 Detroit auditions and up until the beginning of the relevant discovery period and continuing.*

*During the relevant periods of discovery Scotlyn Ryan Johnson, Janeisha John, Natalie Nunn and Lemuel Plummer compared personal access to the defendant, professional participation with the defendant, familial status with the defendant, to my the plaintiffs, own knowledge of the defendant, I the, plaintiff's history with a defendant and lack their of benefits I the plaintiffs had and lack of influence within the network, invoking the defendant. Scotlyn Ryan Johnson's interference with professional networks relates directly to tortious interference with prospective , business relationships and economic expectancies because opportunities were damaged before they become valid formal contracts or potential Contractual and contextual relationships. There are a multitude of other professional network damages extended beyond opportunities, I can specifically identify because interference can, and has prevented introductions, referrals, casting opportunities, and collaborations from reaching me. The defendants forced repositioning in itself is a professional and reputational injury because the trauma became more publicly recognizable then the career I spent prior years developing. The damages that I have from these unlawful actions that I brought to the awareness within the complaint are irreversible. The defendant Scotlyn Ryan Johnson and Lemuel Plummer Effectively created a stigma surrounding myself, the plaintiff*

*and future professional relationships, and engagements within the Zeus network and entertainment industry built heavily upon private relationships , trust, referrals, collaborations, and reputation. Scotlyn Ryan Johnson and Lemuel Plummer encouraged dissensions and factions Which appeared through division, Damaged relationships, professional, alliances, resentment, sexualized conduct within the network that conflicted with the values and boundaries I, the plaintiff maintain individually and as a significant other to someone of that network during the relevant discovery. I, the plaintiff, Report that Scotlyn Ryan Johnson and Lemuel Plummer Created programming and online material, intentionally targeting, mocking, antagonizing, copying, exploiting, auditions, recordings, performances, conversations, travel, history, and creative materials that were known through personal interactions that gave insight into my personality within that relevant discovery period.*

*Scotlyn Ryan Johnson, The CEO Lemuel Plummer and the Zeus network prior access and chronology, through which later similarity productions or other commercial use can be evaluated and wrong for benefits and obtained from my identity, creative, professional, and commercial value also related to unjust enrichment and restitution specifically correlating to Scotlyn Ryan Johnson Earnings assets, and access. The CEO, Lemuel Plummer from my understanding, ultimately controlled certain benefits and interests affecting more than one song, one episode, one audition or modeling opportunity because the defendant affected my complete professional identity. I spent years developing since birth and certification. The defendant blatantly promoted other people, allowing commercial alliances to Farm from my creative works with no recognition, reward or monetary relief. Scotlyn Ryan Johnson, The CEO Lemuel Plummer and the Zeus network civil actions or lack thereof Affected my Reputation, Goodwill, marketability, professional relationships, casting opportunities, commercial value, and prospective, economic relationships. Scotlyn Ryan Johnson, The CEO Lemuel Plummer and the Zeus network Unlawful conduct directly relevant to defamation, false light invasion of privacy, tort is influence and interference with prospective, business relationships, including economic, expectancies, resulting in damages. I, the plaintiff, refuse to allow the resulting harm to erase the model, artist, creator, intelligent woman, grace, substance, professional value, faith, and future I have already spent time rebuilding since I did not degrade myself sexually for an entertainment opportunity with the defendant. I, the plaintiff, did not consent to my personal business, persona, creative expressions, identity, or genuine, love, care and affection to be misused; the defendant aided and abettedthe Zeus network baddies, producers, host, and affiliates to violate myself, the plaintiff, unlawfully over the entire course of the relevant discovery period. I, the plaintiff's, personal life was affected during the relevant discovery. Period and will forever be because Scotlyn Ryan Johnson and Lemuel Plummer Have continued publicly, developing relationships, careers, money, assets, visibility, travel, social influence, connections, children, family, relationships, non-disclosed relationships, non-disclosed agreements, while I, the plaintiff, am lacking, professional, momentum, and confronting grief, distressed, injury, and suicide.*

***/s/ Naefertiti Osborne***
*4698492841*
*naefertiti@outlook.com*
*Kansas 67218*

8-10-2026

State of Kansas
County of Sedgwick
This instrument was
acknowledged before
me on 8-10, 2026
by Naefertiti Osborne

BEN BOLINGER
Notary Public - State of Kansas
My Appt. Expires 6-4-28

FROM:
Naefertiti Osborne
1000 Sweedlawn apt 500
Wichita Kansas
67218

9589 0710 5270 4387 2673 8

Retail

U.S. POSTAGE PAID
FCM LG ENV
WICHITA, KS 67276
AUG 10, 2026

48226

$8.11

RDC 99

S2324E502800-29

TO: Theodore Levin United States court house - Clerk
231 W Lafayette BLVD
Detroit Michigan
48226

RECEIVED
AUG 20 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Utility Mailer
10 1/2" x 16"

ReadyPost.